UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHELLE L. COX, | ) | Civil Action No.: |
| Plaintiff, | ) | 1:14-cv-00555-HWB |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | Hon. Hugh W. Brenneman |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated**:** October 30, 2014.

/s/ Hugh W. Brenneman, Jr.
Hon. Hugh W. Brenneman
U.S. Magistrate Judge